

# FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

## IN THE UNITED STATES DISTRICT COURT

### FOR THE

Edwardo Serrano  # 33566-1019
_____
Petitioner

**05-40139**

(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.                                    CIVIL ACTION NO._____

David Winn, Warden
_____
Respondent(s)

(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

   _____ A conviction
   _____ A sentence  (**CAUTION**: If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
   _____ Jail or prison conditions
   _____ Prison discipline issue
   _____ A parole problem
   __X__ Other.  State briefly: __Civil Detainee__

2. Place of detention: Federal Medical Center-Devens
   42 Patton Road, P.O. Box 879
   Ayer, Massachusetts

1

The petitioner, Edwardo Serrano, through pro se, hereby files this pleading in the district court pursuant to 28 U.S.C. Section 2241, arguing that his continued indefinite confinement is being **perpetuated by his mental condition and the risk of future** dangerousness that his release poses which is unconstitutional under Zadvydas v Davis, 533 U.S. 678, 121 S.Ct. 2491, 150 L.Ed.2d 653 (2001). He believes that his mental disorder and the risk of future dangerousness cannot justify his continued indefinite confinement. See, Tuan Thai v Ashcroft, 366 F3d 790 (9th Cir 2004). Furthermore, he contends that as a Cuban - an inadmissible alien - his removal is not reasonably foreseeable and his continued post-removal period confinement is not authorized by 8 U.S.C. Section 1231(a)(6) or 8 C.F.R. Section 241.14(f). He asserts that while his earlier behavior while incarcerated may give cause for concern the past several years the petitioner has been a model inmate. His work performance in the Institutional kitchen has been outstanding. Even when off duty he is always either cleaning his cell or the unit inwhich he lives. He believes that if released the likelihood of him becoming a law biding and productive member of the community is good.

Therefore, the petitioner seeks an order from this Court enjoining the defendant to refrain from releasing him into a community setting subject to condtions. See, 8 U.S.C. Section 1182(d)(5)(A); 8 C.F.R. Section 212.12 (2002); Benitez v Wallis, 402 F3d 1133 (11 11th Cir 2005).

*Serrano Edward*



**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_____ Yes          ____X_____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: _____

b. Nature of proceeding: _____
_____

c. Grounds raised: _____
_____
_____
_____
_____

d. Result: _____
_____

e. Date of result: _____

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _____
_____

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
_____
_____
_____
_____

5. Does counsel presently represent you? _____ Yes _____ No

If so, Name address and phone number of counsel: _____
_____
_____

6. Name and location of court, which imposed sentence: _____
_____
_____
_____

7. Indictment or case number, if known: _____

8. Offense or Offenses for which sentence was imposed: _____
_____

9. Date upon which sentence was imposed and the term of the sentence: _____
_____

10. When was a finding of guilt made? (Check one)
    _____ After a plea of guilty

    _____ After a plea of not guilty

    _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
    _____ A jury

    _____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____

b. Result: _____

c. Date of result: _____

d. Citation or number of opinion: _____

e. Grounds raised: (List each one)
_____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3



14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: _____

_____

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

_____
_____
_____
_____
_____
_____
_____
_____

b. Ground Two: _____

_____

Supporting Facts: _____

_____
_____
_____
_____
_____
_____
_____

Ground Three: _____

_____

Supporting Facts: _____

_____
_____
_____
_____
_____
_____
_____


15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No

(1) If your answer to "a" above is yes, what was the result? _____

(2) If your answer to "a" above is no, explain: _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

See Attached

5


**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See Attached

Signed on this the _____ day of  8- 3- 05 , 200___.

_____
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

Executed on: _____, 200____.

_____
Signature of petitioner

6