```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

EDWARDO SERRANO,                )
                                )
            Petitioner,         )
                                )
       v.                       )
                                )   C.A. No. 05-40139-MLW
DAVID WINN,                     )
                                )
            Respondent.         )
```

ORDER ON APPLICATION TO PROCEED
<u>WITHOUT PREPAYMENT OF THE FILING FEE</u>

On August 9, 2005, petitioner Edwardo Serrano, an immigration detainee currently confined at FMC Devens, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("§ 2241") and an application to proceed without prepayment of the $5.00 assessed for filing a § 2241 petition. In his application, Serrano represents that he does not have any liquid or non-liquid assets and that he is not currently employed. Serrono did not, however, submit a statement, certified by the appropriate FMC Devens official, reporting the balance of any accounts that he may have at FMC Devens. Therefore, the Court cannot determine whether Serrano is without funds to pay the $5.00 filing fee.

Accordingly, the Court denies without prejudice the petitioner's application to proceed <u>in forma pauperis</u>. The court directs the petitioner either to pay the $5.00 filing fee or submit an application to proceed without prepayment of the filing fee with a certified prison account statement within 42 days of

the date of this Order.  Although, by a separate service order, the Court is allowing this case to proceed immediately, failure to pay the $5.00 filing fee or submit a new application to proceed in forma pauperis within the prescribed time period will be grounds for dismissal of this action without prejudice.

    The Clerk is directed to send the petitioner an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.  SO ORDERED.

```
 10/12/05                          s/ Mark L. Wolf
DATE                               UNITED STATES DISTRICT JUDGE
```