UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARDO SERRANO, )
)
       Petitioner, )
)
    v. )    C.A. No. 05-40139-MLW
)
DAVID WINN, )
)
       Respondent. )

## SERVICE ORDER

On August 9, 2005, petitioner Edwardo Serrano, an immigration detainee confined at FMC Devens in Ayer, Massachusetts, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

ACCORDINGLY,

(1) The Clerk shall serve a copy of this order and the petition by certified mail upon the respondent, David Winn, Warden FMC Devens, P.O. Box 880, Ayer, MA 01432, AND upon counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114.

(2) The Respondent shall file an answer or other responsive pleading within 20 days of receipt of the petition; AND

(3) The Respondent shall provide the Court with at least 48 hours advance notice of any transfer or removal of petitioner outside of the District of Massachusetts.

SO ORDERED.

  10/12/05                                  s/ Mark L. Wolf
DATE                                      UNITED STATES DISTRICT JUDGE