UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWARDO SERRANO, | ) | |
| Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-40139-MLW |
| v. | ) | |
| | ) | |
| | ) | |
| DAVID WINN, | ) | |
| Respondent. | ) | |

**RESPONDENT'S NOTICE OF PETITIONER'S RELEASE**

On August 9, 2005, the Petitioner in this matter, Edwardo Serrano, filed the instant habeas Petition seeking release from immigration custody alleging that his continued detention was unlawful in light of the Supreme Court's decision in Clark v. Martinez, 125 S.Ct. 716 (2005). The Petitioner, a Mariel-Cuban, alleged that he had been detained in excess of six months and that his removal was not likely to occur in the reasonably foreseeable future.

The Petitioner was released from immigration custody on October 5, 2005, to a halfway house in Tampa, Florida.[1]

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney
_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

---

[1] On October 12, 2005, this Court entered an order of service upon the Respondents, directing that the Petition be served upon immigration, directing that the Respondent answer or other wise respond within 20 days and that the Respondent provide 48 hours advance notice of the Petitioner's transfer or removal. The Petition and this Court's Order was received by immigration officials on or about October 13, 2005.