UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARDO SERRANO,                )
                Petitioner,     )          CIVIL ACTION NO:
                                )          05-40139-MLW
v.                              )
                                )
                                )
DAVID WINN,                     )
                Respondent.     )

## **APPEARANCE**

Please enter my appearance on behalf of the Respondent.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney
_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136