UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Edward Serrano,
        Plaintiff,

                                    Civil Action No. 05-40139-MLW

        v.

David L. Winn, Warden,
        Defendant(s).

## ORDER OF DISMISSAL

WOLF, C.J.

    In accordance with this Court's order dated February 9, 2006, it is ORDERED that the within action be and it is hereby dismissed.

                                              By the Court,

                                              s/ Marjorie E. Lanier
                                              Deputy Clerk

Date  2/13/06

(Serrano Notice of Dismissal Form.wpd - 12/98)
       [odism.]